IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 18-5077-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. FBDG005R |
| | Location Code: M6H |
| vs. | |
| | ORDER |
| ERIK WILSON, | |
| Defendant. | |

Upon the unopposed motion of the United States (Doc. 3) and for good cause shown,

IT IS HEREBY ORDERED that the bench warrant issued on October 2, 2018 shall be QUASHED.

IT IS FURTHER ORDERED that an Initial Appearance will be held in this matter on January 15, 2019 at 9:00 a.m. in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 3rd day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge